IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

   v.                                       2:10-cr-242

Luis Valente De La Paz-Flores

ORDER

     There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 22 ) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: January 3, 2011                     s\James L. Graham
                                          James L. Graham
                                          United States District Judge